IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CAPPIE PONDEXTER, NIKYAMICHA HAMPTON, and CRISHAWN CRESWELL**, individually and on behalf of others similarly situated, | ) ) ) ) ) CASE NO. 1:14-cv-3812 |
| Plaintiffs, | ) ) |
| v. | ) Judge Harry Leinenweber ) |
| **CASHEURONET UK, LLC, CNU ONLINE HOLDINGS, LLC,** and **ENOVA INTERNATIONAL, INC.**, | ) Magistrate Judge Sheila Finnegan ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF A CLASS AND COLLECTIVE ACTION SETTLEMENT; CONDITIONAL CERTIFICATION OF SETTLEMENT CLASSES; DESIGNATION OF CLASS REPRESENTATIVES AND APPOINTMENT OF PLAINTIFFS' COUNSEL; AND APPROVAL OF THE FORM AND MANNER OF CLASS SETTLEMENT NOTICE**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs ask the Court to enter an order:

1. Preliminarily approving the class-wide Settlement Agreement negotiated by Plaintiffs and Casheuronet UK, LLC, CNU Online Holdings, LLC, and Enova International, Inc. ("Defendants");

2. Conditionally certifying the proposed class for settlement purposes only;

3. Designating Cappie Pondexter, Nikyamicha Hampton, and Crishawn Creswell as Class Representatives and their attorneys as Class Counsel;

4. Approving the form and manner of class notice; and

5. Setting a date for a final fairness hearing.

6. A draft order is attached to the memorandum of law filed in support of this motion.

WHEREFORE, Plaintiffs request entry of the attached draft order or a similar order.

Respectfully submitted,

/s/   Christopher J. Wilmes

Matthew J. Piers
Christopher J. Wilmes
Hughes Socol Piers Resnick & Dym
70 W. Madison St. Suite 4000
Chicago, IL 60602
(312) 580-0100